■ SHIRLEY GREGORY et al., Appellants, v TOWN OF CAMBRIA et al., Respondents.— Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

■ LINDA LO TEMPIO, Appellant, v CHARLES H. LO TEMPIO, III, Respondent.— Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.